JAMES P. ULWICK
KRAMON & GRAHAM, P.A.
COMMERCE PLACE
ONE SOUTH STREET, SUITE 2600
BALTIMORE, MD 21202
Telephone: (410) 752-6030

Attorneys for Defendants
KRONICK, MOSKOVITZ, TIEDEMANN &
GIRARD and WILLIAM A. KERSHAW

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS H. KEELING, | Case No.: JFM-00-133 |
| Plaintiff, | APPLICATION/AFFIDAVIT OF KARL A. KEENER, ESQ. FOR ADMISSION *PRO HAC VICE*; CONSENT TO DESIGNATION OF LOCAL COUNSEL |
| vs. | |
| KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD, a professional corporation; WILLIAM A. KERSHAW; and DOES 1 through 100, inclusive, | |
| Defendants. | |

The undersigned respectfully applies for admission *pro hac vice* to the Bar of this Court for the purposes of serving as co-counsel for defendants KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD and WILLIAM A. KERSHAW in the above-captioned matter. The application is based upon the provisions of Local Rule 101(b) and the following statements:

///

///

- 1 -

1. My business address is as follows:

   BAKER, KEENER & NAHRA
   2850 Ocean Park Boulevard
   Suite 300
   Santa Monica, CA 90405
   Telephone:    (310) 399-0900
   Fax:          (310) 399-1644

2. I have been admitted to the following Courts on the following dates:

   | | |
   |---|---|
   | California State Courts | 1972 |
   | U.S. District Court Eastern District | 1997 |
   | U.S. District Court Central District | 1973 |
   | U.S. District Court Southern District | 1973 |
   | Ninth Circuit Court of Appeals | 1973 |

3. I am a member in good standing of the Courts listed in paragraph 2 and am eligible.

4. I am not currently disbarred or suspended from the Courts listed in paragraph 2 or any other Court.

5. I am not currently admitted *pro hac vice* to the Bar of this Court, nor have I been so admitted within the preceding year.

6. I have reviewed the Local Rules of the United States District Court, District of Maryland and shall comply with those rules.

7. I hereby designate the law firm of Kramon & Graham, P.A., Commerce Place, One South Street, Suite 2600, Baltimore, Maryland, 21202, telephone (410) 752-6030, fax (410) 539-1269, and the following members of the Bar of this Court as counsel that may be

communicated with regarding my conduct in this action: James P. Ulwick.

8. The $50.00 fee payable to the U.S. District Court has been enclosed.

9. I respectfully request admission *pro hac vice* to the Bar of this Court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

DATED: January 19, 2000            BAKER, KEENER & NAHRA

By _____
   KARL A. KEENER

On behalf of the attorneys designated in paragraph 7 of the above affidavit, I consent to such designation for purposes of the admission *pro hac vice* of Karl A. Keener.

DATED: January __, 2000            KRAMON & GRAHAM, P.A.

By _____
   JAMES P. ULWICK

- 3 -

1

**ORDER**

2
3
4
5    THE APPLICATION IS HEREBY    ☒ GRANTED
6
                                  ☐ DENIED
7
8   DATED: January /, 2000                    _____
9                                              United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2000, a copy of the foregoing Application/Affidavit of Karl A. Keener, Esquire, for Admission Pro Hac Vice; Consent to Designation of Local Counsel Contact; and proposed Order were sent via first-class mail, postage prepaid, to:

>Edward Freidberg, Esquire
>Freidberg Law Corporation
>Suite 205
>650 University Avenue
>Sacramento, CA 95825
>
>Attorney for Plaintiff

_____
James P. Ulwick