1 | JAMES P. ULWICK
KRAMON & GRAHAM, P.A.
2 | ONE SOUTH STREET, SUITE 2600
BALTIMORE, MD 21202
3 | TELEPHONE: (410) 752-6030
FAX: (410) 539-1269

FILED ___ ENTERED
LODGED      RECEIVED

FEB 2  2000

CLERK U.S. ...
DISTRICT OF MARYLAND

FEE PAID

FEE NOT PAID

4

5 | Attorneys for Defendants KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD and WILLIAM A. KERSHAW

6

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF MARYLAND

9

10

11 | THOMAS H. KEELING,                   Case No. JFM-00-133

12 |         Plaintiff,

                                         **APPLICATION/AFFIDAVIT OF**
13 | vs.                                 **JAMES J. BANKS, ESQ. FOR**
                                         **ADMISSION *PRO HAC VICE*;**
14 | KRONICK, MOSKOVITZ, TIEDEMANN       **CONSENT TO DESIGNATION OF**
      & GIRARD, A PROFESSIONAL           **LOCAL COUNSEL CONTACT**
15 | CORPORATION; WILLIAM A.
      KERSHAW; and DOES 1 through 100,
16 | inclusive,

17 |         Defendants.

                                    /
18

19 |         The undersigned respectfully applies for admission *pro hac vice* to the Bar of this Court

20 | for the purposes of serving as co-counsel to the defendants KRONICK, MOSKOVITZ,

21 | TIEDEMANN & GIRARD and WILLIAM A. KERSHAW in the above-captioned matter.  The

22 | application is based upon the provisions of Local Rule 101(b) and the following statements:

23 |         1.    My business address is as follows:

24 |               HANSEN, BOYD, CULHANE & WATSON
                  1331 Twenty-First Street
25 |               Sacramento, CA  95814
                  Telephone: (916) 444-2550
26 |               Fax: (916) 444-2358

27 | / / /

28 | / / /

2.    I have been admitted to the following courts on the following dates:

| | |
|---|---|
| California State Courts | 1985 |
| U.S. District Court for the Eastern, Northern and Central Districts | 1986 |
| Ninth Circuit Court of Appeals | 1987 |

3.    I am a member in good standing of the courts listed in paragraph 2.

4.    I am not currently disbarred or suspended from the courts listed in paragraph 2 or any other court.

5.    I am not currently admitted *pro hac vice* to the Bar of this Court, nor have I been so admitted within the preceding year.

6.    I have reviewed the Local Rules of the United States District Court, District of Maryland and shall comply with those rules.

7.    I hereby designate the law firm of Kramon & Graham, P.A., One Commerce Place, One South Street, Suite 2600, Baltimore, MD, 21202, telephone: (410) 752-6030, fax (410) 539-1269, and the following members of the Bar of this Court as counsel that may be communicated with regarding my conduct in this action: James P. Ulwick

8.    The $50 fee payable to the U.S. District Court has been enclosed.

9.    I respectfully request admission *pro hac vice* to the Bar of this Court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is wilfully false, I am subject to punishment.

DATED: January _14_, 2000        HANSEN, BOYD, CULHANE & WATSON, LLP

By: _____
    JAMES J. BANKS

On behalf of the attorneys designated in paragraph 7 of the above affidavit, I consent to such designation for purposes of the admission *pro hac vice* of James J. Banks.

DATED: January _19_, 2000        KRAMON & GRAHAM, P.A.

By: _____
    JAMES P. ULWICK

/ / /

/ / /

/ / /

1

**O R D E R**

2          THE APPLICATION IS HEREBY   ☑ GRANTED

3                                 ☐ DENIED

4   DATED: January ___ / , 2000

5                                     United States District Court Judge

6   [79710]

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of January, 2000, a copy of the foregoing Application/Affidavit of James J. Banks, Esquire, for Admission Pro Hac Vice; Consent to Designation of Local Counsel Contact; and proposed Order were sent via first-class mail, postage prepaid, to:

Edward Freidberg, Esquire
Freidberg Law Corporation
Suite 205
650 University Avenue
Sacramento, CA 95825

Attorney for Plaintiff

James P. Ulwick

-4-