# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THOMAS H. KEELING

        Plaintiff(s)

vs.

KRONICK, MOSKOVITZ, et al.

        Defendant(s)

Civil Action No. JFM-00-133

___ FEE PAID

___ FEE NOT PAID
(SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __James P. Ulwick__ Esquire a member of the Bar of this court, moves the admission of __JAMES D. HEPWORTH__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Dfs: Kronick, Moskovitz, Tiedemann & Girard and William A. Kershaw__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __California__

and/or the following United States Court(s): __District Courts for Central, Southern, Northern & Eastern Districts of California; District Court for Northern District of Georgia; Ninth Circuit Court of Appeals; Eleventh Circuit Court of Appeals__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Not applicable__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure. the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature   JAMES P. ULWICK | Signature   JAMES D. HEPWORTH |
| One South St., Suite 2600 | 2850 Ocean Park Blvd, Suite 300 |
| Address | Address |
| Baltimore, Maryland 21202 | Santa Monica, CA 90405 |
| 410-752-6030 | (310) 399-0900 |
| Office phone number | Office phone number |
| 410-539-1269 | (310) 399-1644 |
| Fax number | Fax number |
| 00536 | |
| Md. U.S. District Court Number | |

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_____     _____
Dated  Feb 9, 2000                           Judge, U. S. District Court

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of January, 2000, a copy of the foregoing Motion for Admission Pro Hac Vice of James D. Hepworth, Esquire was sent via first-class mail, postage prepaid, to:

>Edward Freidberg, Esquire
>Freidberg Law Corporation
>Suite 205
>650 University Avenue
>Sacramento, CA  95825
>
>Attorney for Plaintiff

_____
James P. Ulwick