THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS H. KEELING

    Plaintiff(s)

vs.

KRONICK, MOSKOVITZ, et al.

    Defendant(s)

Civil Action No. JFM-CC-133

MDL1069

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, _____James P. Ulwick_____ Esquire a member of the Bar of this court, moves the admission of _____PHILLIP A. BAKER_____ Esquire to appear pro hac vice in the captioned proceeding as counsel for Defendants, KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD and WILLIAM A. KERSHAW

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of _California_

and or the following United States Court(s): U.S. District Court (Eastern, Central, Southern and Northern), Arizona, Colorado and Court of Appeal

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Not applicable.__

FILED ____ ENTERED
____ LODGED ____ RECEIVED

FEB 11 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK U S DISTRICT COURT

Revised 6/98

-1-

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) it is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *(signature)* | *(signature)* |
| Signature     JAMES P. ULWICK | Signature |
| KRAMON & GRAHAM, P.A. | |
| One South Street | 2850 Ocean Park Blvd., Suite 300 |
| Address  Suite 2600 | Address |
| Baltimore, MD 21202-3201 | Santa Monica, CA 90405 |
| 410-752-6030 | (310) 399-0900 |
| Office phone number | Office phone number |
| 410-539-1269 | (310) 399-1644 |
| Fax number | Fax number |
| 00536 | |
| Md. U.S. District Court Number | |

**ORDER**

Motion  ___✓___  GRANTED

Motion  _____  GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion  _____  DENIED

_Feby 11, 2000_ _____
Dated                                    Judge, U. S. District Court