IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

THOMAS H. KEELING

    Plaintiff(s)

vs.

KRONICK, MOSKOVITZ, et al.

    Defendant(s)

Civil Action No. JFM-00-133

___FILED ___ENTERED
___LODGED ___RECEIVED

PAID (LETTER)  FEB 2 8 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Andrew D. Freeman__ Esquire a member of the Bar of this court, moves the admission of __Edward Freidberg__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff Thomas H. Keeling__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __California__

and/or the following United States Court(s): __U.S. District Court, Eastern District of California, U.S. District Court, Eastern District of Michigan, and Ninth Circuit Court of Appeal__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

___FILED ___ENTERED
___LODGED ___RECEIVED

MAR 1 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/1/98



-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Brown, Goldstein & Levy, LLP Ste. 300, 520 W. Fayette Street | 650 University Avenue, Suite 205 |
| Address | Address |
| Baltimore, Maryland 21201 | Sacramento, California 95825 |
| (410) 962-1030 | (916) 929-9060 |
| Office phone number | Office phone number |
| (410) 385-0869 | (916) 929-9068 |
| Fax number | Fax number |
| 03867 | |
| Md. U.S. District Court Number | |

### ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_March 1, 2000_                    _[signature]_
Dated                              Judge, U. S. District Court