# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THOMAS H. KEELING | * |
| | * |
| v. | *  Civil No. JFM-00-133 |
| | * |
| KRONICK, MOSKOVITZ, TIEDEMANN | * |
| & GIRARD, ET AL. | * |

*****

## ORDER

For the reasons stated in the memorandum entered herewith, it is, this 11th day of May 2000

ORDERED that the motion to remand filed by Thomas H. Keeling be denied.

J. Frederick Motz
United States District Judge

