**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

MAY 11 2000

May 11, 2000

Memo to Counsel Re: Thomas H. Keeling v. Kronick, Moskovitz, Tiedemann & Girard, et al.
Civil No. JFM-00-133

Dear Counsel:

Enclosed please find a copy of an opinion and order I am entering today denying plaintiff's motion to remand.

This will confirm the briefing schedule set at last Friday's hearing on defendants' anticipated motion to dismiss:

| | |
|---|---|
| May 19, 2000 | Deadline for defendants to file motion |
| June 16, 2000 | Deadline for plaintiff to opposition |
| June 30, 2000 | Deadline for defendants to file reply |

If you need reasonable extensions of any of these deadlines, I will grant them.

Very truly yours,

J. Frederick Motz
United States District Judge

