```
 1  KARL A. KEENER, (SBN: 53870)
    BAKER, KEENER & NAHRA
 2  2850 OCEAN PARK BOULEVARD
    SUITE 300
 3  SANTA MONICA, CALIFORNIA  90405
    TELEPHONE (310) 399-0900
 4  FACSIMILE (310) 399-1644

 5  JAMES P. ULWICK
    KRAMON & GRAHAM
 6  ONE SOUTH STREET, SUITE 2600
    BALTIMORE, MARYLAND  21202
 7  TELEPHONE (410) 752-6030
    FACSIMILE (410) 539-1269
 8
    Attorneys for Defendants KRONICK, MOSKOVITZ,
 9  TIEDEMANN & GIRARD and WILLIAM A. KERSHAW
```

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 5 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| THOMAS H. KEELING, | CASE NO. JFM-CC-133 |
|---|---|
| Plaintiff, | **PETITION TO WITHDRAW AS ATTORNEY OF RECORD** |
| v. | |
| KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD, A PROFESSIONAL CORPORATION; WILLIAM A. KERSHAW; and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that HANSEN, BOYD, CULHANE & WATSON and JAMES J. BANKS seek leave of this court to with as counsel of record to the Defendants KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD and WILLIAM A. KERSHAW. The appearance of other counsel of record for these defendants has been entered with this court. They are Mr. James P. Ulwick, Kramon & Graham, One South Street, Suite 2600, Baltimore, Maryland, 21202, telephone: (410) 752-6030. Also, Mr. Karl A. Keener, Baker, Keener & Nahra, 2850 Ocean Park Boulevard, Suite 300, Santa Monica, California, 90405, telephone: (310) 399-0900, has entered his appearance as counsel of record to the defendants. This petition is made in

607929.1 Withdraw as Attorney of Record

-1-

1  accordance with the attached affidavit of James J. Banks.

## AFFIDAVIT OF JAMES J. BANKS

I, James J. Banks, declare:

1. I am an attorney admitted to the bar of the State of California. I am also admitted pro hac vice to this court. I am a principal of Kronick, Moskovitz, Tiedemann & Girard, one of the defendants herein. Formerly, I was a member of Hansen, Boyd, Culhane & Watson, one of the counsel of record to the defendants.

2. While I was a member of Hansen, Boyd, Culhane & Watson, I was counsel of record to Kronick, Moskovitz, Tiedemann & Girard and Mr. Kershaw in the captioned litigation. Effective April 1, 2000, I left Hansen, Boyd, Culhane & Watson and joined Kronick, Moskovitz, Tiedemann & Girard. Given the change in the circumstances of my professional relationship with Kronick, Moskovitz, Tiedemann & Girard, it is appropriate that I withdraw as its counsel of record in the litigation. Moreover, it is the desire of Kronick, Moskovitz, Tiedemann & Girard and Mr. Kershaw that Hansen, Boyd, Culhane & Watson also withdraw as its counsel of record. Messrs. Michael A. Grob of KMTG and Mr. Kershaw have executed on behalf the firm, a notice of withdrawal to that effect. A true copy of that notice of withdrawal is hereto attached as Exhibit A.

3. The defendants will suffer no prejudice from this notice of withdrawal. Messrs. Karl A. Keener and Mr. James P. Ulwick have entered their appearance as the defendants' counsel of record.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25 day of May, 2000, at Sacramento, Sacramento County, California.

JAMES J. BANKS

607929.1 Protective Order for Confidential Documents

-2-

1  KARL A. KEENER, (SBN: 53870)
   BAKER, KEENER & NAHRA
2  2850 OCEAN PARK BOULEVARD
   SUITE 300
3  SANTA MONICA, CALIFORNIA 90405
   TELEPHONE (310) 399-0900
4  FACSIMILE (310) 399-1644

5  JAMES J. BANKS (SBN: 119525)
   HANSEN, BOYD, CULHANE & WATSON, LLP
6  1331 TWENTY-FIRST STREET
   SACRAMENTO, CALIFORNIA 95814
7  TELEPHONE (916) 444-2550
   FACSIMILE (916) 444-2358
8
   JAMES P. ULWICK
9  KRAMON & GRAHAM
   ONE SOUTH STREET, SUITE 2600
10 BALTIMORE, MARYLAND 21202
   TELEPHONE (410) 752-6030
11 FACSIMILE (410) 539-1269

12 Attorneys for Defendants KRONICK, MOSKOVITZ,
   TIEDEMANN & GIRARD and WILLIAM A. KERSHAW
13

14
                    UNITED STATES DISTRICT COURT
15                      DISTRICT OF MARYLAND

16
17 THOMAS H. KEELING,                  CASE NO. JFM-CC-133

            Plaintiff,                 **NOTICE OF WITHDRAWAL OF**
18      v.                             **ATTORNEY OF RECORD**

19 KRONICK, MOSKOVITZ,
   TIEDEMANN & GIRARD, A
20 PROFESSIONAL CORPORATION;
   WILLIAM A. KERSHAW; and DOES 1
21 through 100, inclusive,

22          Defendants.

23      TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

24      NOTICE IS HEREBY GIVEN that HANSEN, BOYD, CULHANE & WATSON have

25 withdrawn as attorney of record for Defendants KRONICK, MOSKOVITZ, TIEDEMANN &

26 GIRARD, in the above entitled action, effective April 3, 2000.

27
28

602506.1 Notice of Withdrawal of Attorney of
Record
                              -1-

1  Dated: May __, 2000

2
                                    HANSEN, BOYD, CULHANE & WATSON
3

4
                                    By _____
5                                        LAWRENCE R. WATSON
                                         Attorneys for Defendants KRONICK,
6                                        MOSKOVITZ, TIEDEMANN & GIRARD

7

8  We consent to this withdrawal.

9  Dated: May 15, 2000
10

11                                  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

12

13                                  By _____
                                         MICHAEL A. GROB
14

15  Dated: May 21, 2000

16                                  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

17

18                                  By _____
                                         WILLIAM A. KERSHAW
19

20

21

22

23

24

25

26

27

28

602506.1 Protective Order for Confidential
Documents
                                    -2-

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
CASE NAME: <u>Keeling v. KMTG, et al.</u>
COURT: United States District Court, District of Maryland
Case No.: JFM-00-133

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 400 Capitol Mall, 27th Floor, Sacramento, CA 95814-4416. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 30, 2000 I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within documents:

**PETITION TO WITHDRAW AS ATTORNEY OF RECORD**

in a sealed envelope, postage fully paid, addressed as follows:

Edward Freidberg
FREIDBERG LAW CORPORATION
650 University Avenue
Suite 205
Sacramento, CA 95825

Andrew D. Freeman
BROWN, GOLDSTEIN & LEVY, LLP
300 Maryland Bar Center
520 West Fayette Street
Baltimore, MD 21201

Karl A. Keener
BAKER, KEENER & NAHRA
2850 Ocean Park Boulevard
Suite 300
Santa Monica, CA 90405

James P. Ulwich
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, MD 21202

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 30, 2000 at Sacramento, California.

TAMI ASCHENBRENNER

608819.1

-1-