IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

THOMAS H. KEELING, :

    Plaintiff, :

v. : Civil Action No. JFM-00-133

KRONICK, MOSKOVITZ, TIEDENMANN :
& GIRARD, P.C., *et al.*,
 :
    Defendants.
 :
        * * * *   ooo0ooo   * * * *

**REQUEST THAT FREIDBERG LAW CORPORATION BE GRANTED LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF, AND PLAINTIFF'S CONSENT**

Pursuant to Local Rule 101.2(a), Plaintiff Thomas H. Keeling hereby requests that Freidberg Law Corporation be granted leave to withdraw as counsel of record in these proceedings, and further, Plaintiff voluntarily consents to that withdrawal. The Freidberg Law Corporation needs to withdraw because it is unwilling to represent Plaintiff in a lawsuit venued in, and to be tried in, a Maryland Federal Court. Plaintiff is therefore attempting to find new legal counsel to represent him in this matter. Plaintiff will continue *pro se* until such time as other counsel enters an appearance on his behalf.

Plaintiff's local counsel, Andrew D. Freeman and Brown, Goldstein & Levy, LLP, were retained for the sole purpose of acting as local counsel as required by Local Rule 101.1(b). Mr. Freeman was not retained to act as litigation counsel and has not agreed to do so. Mr. Freeman will remain as Plaintiff's counsel for the limited purpose of serving as local counsel as required by Local Rule 101.1 (b) should Plaintiff retain other California counsel. If Plaintiff is unable to retain other California counsel, Mr. Freeman will also withdraw his appearance.

WHEREFORE, Plaintiff respectfully requests that Freidberg Law Corporation, Edward Freidberg and Neal Pfeiffer be granted leave to withdraw as stated herein.

Dated: June ____, 2000                    _(attached)_____
                                          Neal P. Pfeiffer
                                          Friedberg Law Corporation
                                          650 University Avenue, Suite 205
                                          Sacramento, California 95825
                                          (916) 929-9060
                                          Facsimile: (916) 929-9068


Dated: June 7, 2000                       /s/ Andrew D. Freeman_____
                                          Andrew D. Freeman, #03867
                                          Brown, Goldstein & Levy, LLP
                                          The Maryland Bar Center, Suite 300
                                          520 West Fayette Street
                                          Baltimore, Maryland 21201
                                          (410) 962-1030
                                          Facsimile: (410) 385-0869

                                          Attorneys for Plaintiff


I HEREBY CONSENT TO THIS WITHDRAWAL.


Dated: June ____, 2000                    _(attached)_____
                                          THOMAS H. KEELING
                                          Plaintiff *Pro Se*

WHEREFORE, Plaintiff respectfully requests that Freidberg Law Corporation, Edward Freidberg and Neal Pfeiffer be granted leave to withdraw as stated herein.

Dated: June ___, 2000

                                                  Neal P. Pfeiffer
Friedberg Law Corporation
650 University Avenue, Suite 205
Sacramento, California 95825
(916) 929-9060
Facsimile: (916) 929-9068

Dated: June ___, 2000

                                                  Andrew D. Freeman, #03867
Brown, Goldstein & Levy, LLP
The Maryland Bar Center, Suite 300
520 West Fayette Street
Baltimore, Maryland 21201
(410) 962-1030
Facsimile: (410) 385-0869

Attorneys for Plaintiff

I HEREBY CONSENT TO THIS WITHDRAWAL.

Dated: June _6_, 2000

                                                  THOMAS H. KEELING
Plaintiff *Pro Se*

WHEREFORE, Plaintiff respectfully requests that Freidberg Law Corporation, Edward Freidberg and Neal Pfeiffer be granted leave to withdraw as stated herein.

Dated: June 6, 2000

*Neal* [signature]

Neal P. Pfeiffer
Friedberg Law Corporation
650 University Avenue, Suite 205
Sacramento, California 95825
(916) 929-9060
Facsimile: (916) 929-9068


Dated: June ____, 2000

Andrew D. Freeman, #03867
Brown, Goldstein & Levy, LLP
The Maryland Bar Center, Suite 300
520 West Fayette Street
Baltimore, Maryland 21201
(410) 962-1030
Facsimile: (410) 385-0869

Attorneys for Plaintiff


I HEREBY CONSENT TO THIS WITHDRAWAL.

Dated: June __, 2000

THOMAS H. KEELING
Plaintiff *Pro Se*