IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

THOMAS H. KEELING,          :

     Plaintiff,            :

v.                          :   Civil Action No. JFM-00-133

KRONICK, MOSKOVITZ, TIEDENMANN  :
& GIRARD, P.C., *et al.*,

     Defendants.           :

                  :

\* \* \* \*   ooo0ooo   \* \* \* \*

## STIPULATION TO EXTEND TIME

In light of the withdrawal of plaintiff's trial counsel (see Request for Leave to Withdraw filed along with this stipulation), the parties hereby agree that the time for both sides to respond to pending motions shall be extended by 60 days. Thus, Defendants' response to Plaintiff's Motion for Interlocutory Appeal, currently due on June 14, shall be due on August 14, 2000, and Plaintiff's response to Defendants' Motion to Dismiss, currently due on June 16, shall be due on August 16, 2000.

_____         _____
Andrew D. Freeman, #03867                James P. Ulwick, #00536
Brown, Goldstein & Levy, LLP             Kramon & Graham, P.A.
300 Maryland Bar Center                  One South Street, Suite 2600
520 West Fayette Street                  Baltimore, Maryland 21202
Baltimore, Maryland 21201                (410) 752-6030
(410) 962-1030

Attorneys for Plaintiff                  Attorneys for Defendants