```
                    FILED
        U.S. DISTRICT COURT   UNITED STATES DISTRICT COURT
        DISTRICT OF MARYLAND  FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| THOMAS H. KEELING  2000 AUG 21  10: 54 | * |
|  | * |
|    CLERK'S OFFICE | * |
| v.  AT BALTIMORE | * Civil No. JFM-00-133 |
|    BY_____DEPUTY | * |
| KRONICK, MOSKOVITZ, | * |
| TIEDENMANN & GIRARD, ET AL. | * |
|  | ***** |

### ORDER

Upon consideration of plaintiff's motion to extend time to respond to motion to dismiss and the letter response thereto by Karl A. Keener, co-counsel for defendants (a copy of which is attached hereto), it is, this 21st day of August 2000

ORDERED

1. The motion is granted;

2. The time for plaintiff to respond to the motion to dismiss is extended to September 18, 2000; and

3. No further extensions will be granted.

                                                               /s/
                                          J. Frederick Motz
                                          United States District Judge

