IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THOMAS H. KEELING | * | |
| Plaintiff | * | |
| v. | * | |
| KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD, et al. | * | Civil Action No. JFM-00-133 |
| and | * | |
| WILLIAM A. KERSHAW | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' stipulation to extend the time for defendants to file their Reply to Plaintiff's Opposition to Motion to Dismiss, it is this ___ day of October, 2000,

ORDERED:

1. The time for defendants to file their Reply to Plaintiff's Opposition to Motion to Dismiss is extended to October 27, 2000; and

2. The Clerk shall mail copies of this Order to all parties or counsel of record.

J. Frederick Motz, Chief Judge
United States District Court
for the District of Maryland