IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| THOMAS H. KEELING, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. JFM-00-133 |
| KRONICK, MOSKOVITZ, TIEDENMANN & GIRARD, P.C., *et al.*, | : | |
| Defendants. | : | |

\* \* \* \*  ooo0ooo  \* \* \* \*

## STIPULATION TO DISMISS COUNT VII

Pursuant to Rule 41(a)(1), the parties hereby agree to the dismissal with prejudice of Count VII of plaintiff's Complaint. In light of the Court's Order of January 9, 2001, which dismissed Counts I-V, and plaintiff's previous dismissal of Count VI, this dismissal enters final judgment in favor of the defendants. The parties further agree that each party shall bear his or its own costs, fees, and expenses associated with this action to date.

_____
Thomas H. Keeling
3642 Five Forks Drive
Stockton, California 95219
(209) 474-1818

Plaintiff, *Pro Se*

January 26, 2001

_____
James P. Ulwick, #00536
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030

Attorneys for Defendants